IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BAKARI JEFFERSON**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-cv-188-DH |
| **WILMINGTON SAVINGS FUND, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST** | § § § § § | |
| Defendant. | § § | |

# ORDER

On April 3, 2024, the parties in this case dismissed all claims between them with prejudice by joint motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 36. "Stipulated dismissals under Rule 41(a)(1)(A)(ii). . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, **IT IS ORDERED** that Plaintiff's and Defendant's claims claims are **DISMISSED WITH PREJUDICE**. Each party shall bear its respective costs and attorney's fees incurred against one another in connection with this action.

**SIGNED** on April 3, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE