UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BAKARI JEFFERSON, §<br>*Plaintiff* §<br>§<br>v. §<br>§<br>WILMINGTON SAVINGS FUND, §<br>FSB, AS TRUSTEE OF §<br>STANWICH MORTGAGE LOAN §<br>TRUST §<br>*Defendant* | No. 1-23-CV-0188-DH |

# FINAL JUDGMENT

On April 8, 2024, the Court dismissed with prejudice Plaintiff's claims and dismissed without prejudice Defendant's claims against following the parties' filing of a joint stipulated dismissal under Rule 41(a)(1)(A)(ii). *See* Dkts. 36; 38. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on April 9, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE